IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SUZANNE LYNCH,<br><br>              Plaintiff,<br><br>v.<br><br>KLAMATH COUNTY SCHOOL DISTRICT,<br><br>              Defendant. | Case No. 1: 13 CV 02028-CL<br><br>O R D E R |

   Magistrate Judge Clarke filed his Findings and Recommendation on April 6, 2015. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

   THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Clarke's Findings and Recommendation.

   Dated this /2 day of May, 2015.

                              _____
                              Ann Aiken, United States District Judge

Order -- Page 1